COURT OF CRIMINAL APPEALS
CLERK: ABEL ACOSTA
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711-2308

13,763-08
RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 27 2015
Abel Acosta, Clerk

AUGUST 22, 2015

RE: (REQUEST TO FILE MY "APPLICATION FOR WRIT OF MANDAMUS IN CAUSE NO. 1358040-A).

DEAR CLERK:
     PLEASE FIND ENCLOSED THE ORIGINAL OF MY "DEFENDANT'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS" PLEASE FILE FOR RECORD AND BRING IT TO THE ATTENTION OF THE PROPER COURT.
     IN CLOSING, I WILL APPRECIATE YOUR ASSISTANCE IN THIS MATTER.

                    RESPECTFULLY,
                    Michael J. Fuhrman
                    MICHAEL J. FUHRMAN
                    TDCJ NO. 1818465
                    LARRY GIST UNIT, F1-32
                    3295 FM 3514
                    BEAUMONT, TEXAS 77705

CAUSE NO. 1358040-A

| | |
|---|---|
| MICHAEL JOSEPH FUHRMAN<br>TDCJ-ID NO. 1818465,<br>RELATOR | IN THE 177th JUDICIAL |
| V.<br>CHRIS DANIEL;<br>COUNTY DISTRICT CLERK<br>IN HIS OFFICIAL CAPACITY,<br>RESPONDENT | DISTRICT COURT OF<br><br>HARRIS COUNTY, TEXAS |

## "DEFENDANT'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS"

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MICHAEL JOSEPH FUHRMAN RELATOR, Pro Se IN THE ABOVE STYLED AND NUMBERED CAUSE OF ACTION AND FILES THIS ORIGINAL APPLICATION FOR WRIT OF MANDAMUS PURSUANT TO ARTICLE 11.07, SECTION 3(C) OF THE TEXAS CODE OF CRIMINAL PROCEDURE AND WOULD SHOW THE COURT THE FOLLOWING:

### I.
### RELATOR

MICHAEL JOSEPH FUHRMAN, TDCJ NO. 1818465, IS AN OFFENDER IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND IS APPEARING Pro Se, WHO CAN BE LOCATED AT LARRY GIST STATE JAIL, 3295 FM 3514 BEAUMONT, TEXAS, 77705.

THE ACT SOUGHT TO BE COMPELLED IS MINISTERIAL, NOT DISCRETIONARY IN NATURE. RELATOR WILL SHOW:

RELATOR MAILED TO THIS COURT HIS APPLICATION FOR WRIT OF HABEAS CORPUS WHICH WAS RECEIVED AND FILED FOR RECORD ON JUNE 8th, 2015. ON JUNE 29th 2015 AN ORDER DESIGNATING ISSUES WAS SIGNED BY THE JUDGE OF THE 177th DISTRICT COURT OF HARRIS COUNTY TEXAS.

AT THIS TIME IT HAS BEEN "WELL OVER" (30) THIRTY WORKING DAYS SINCE THE COURT ISSUED THE

(1)

ORDER DESIGNATING ISSUES AND TO DATE THE RELATOR HAS RECEIVED NO ANSWER OR RESPONSE.

## II.
## RESPONDENT

RESPONDENT, CHRIS DANIEL IN HIS CAPACITY OF THE DISTRICT CLERK OF HARRIS COUNTY, TEXAS HAS A MINISTERIAL DUTY TO RECEIVE AND FILE ALL PAPERS IN A CRIMINAL PROCEEDING AND PERFORM ALL OTHER DUTIES IMPOSED ON THE CLERK BY LAW PURSUANT TO THE TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 2.21. CHRIS DANIEL, DISTRICT CLERK, HARRIS COUNTY MAY BE SERVED/LOCATED AT HIS PLACE OF BUSINESS AT, P.O. BOX 4651, HOUSTON, TEXAS 77210-4651.

RESPONDENT HAS WHOLLY FAILED TO COMPLY WITH THE TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07, SECTION 3(d) AND SECTION-7 IS ACTING IN BAD FAITH AND HAS ALSO FAILED TO AFFORD RELATOR THE PROFESSIONAL AND COMMON COURTESY OF ANY WRITTEN RESPONSES OR COPIES OF THE STATE'S ANSWER, MOTION(S) OR OTHER PLEADINGS RELATED TO THE ORDER AS MENTIONED ABOVE.

RESPONDENT IS IN VIOLATION OF THE T.C.C.P....., ARTICLE 11.07, SECTIONS 3(d.) & 7, MINISTERIAL DUTIES, AND THUS THE LAWS OF THIS STATE. RELATOR AVERS THAT HE IS BEING HELD ILLEGALLY IN VIOLATION OF THE TEXAS STATE CONSTITUTION ASWELL AS THE UNITED STATES CONSTITUTION.

## III.
## "VIOLATION OF ARTICLE 11.07 OF THE TEX. CODE OF CRIM. PRO."

THE RESPONDENT VIOLATED ARTICLE 11.07 SECTION(S) 3(d) & 7 AS FOLLOWS: IN SECTION 3(d) IT STATES:

"AFTER THE CONVICTING COURT MAKES FINDINGS OF FACT OR APPROVES THE FINDINGS OF THE PERSON DESIGNATED TO MAKE THEM, THE CLERK OF THE

(2)

CONVICTING COURT SHALL IMMEDIATELY TRANSMIT TO THE COURT OF APPEALS, UNDER ONE COVER, ....... THE APPLICATION, ANY ANSWERS FILED, ANY MOTIONS FILED, TRANSCRIPTS OF ALL DEPOSITIONS AND HEARINGS, AFFIDAVITS, AND ANY OTHER MATTERS SUCH AS OFFICIAL RECORDS USED BY THE COURT IN RESOLVING ISSUES OF FACT."

FURTHER, IN SECTION 7 IT STATES:

"WHEN THE ATTORNEY FOR THE STATE FILES AN ANSWER, MOTION, OR OTHER PLEADING RELATING TO AN <u>APPLICATION FOR A WRIT OF HABEAS CORPUS</u> OR THE COURT ISSUES AN ORDER RELATING TO AN APPLICATION FOR A WRIT OF HABEAS CORPUS, THE CLERK OF THE COURT SHALL <u>MAIL</u> OR <u>DELIVER</u> TO THE APPLICANT A COPY OF THE ANSWER, MOTION, PLEADING, OR ORDER."

## IV.
## PRAYER

WHEREFORE PREMISES CONSIDERED, RELATOR, Pro Se PRAYS FOR AN ORDER DIRECTING RESPONDENT TO MAIL OR DELIVER TO RELATOR (APPLICANT) A COPY OF THE STATE'S ANSWER, MOTION, PLEADING, OR ORDER. FURTHER, RELATOR PRAYS FOR RELEASE FROM ILLEGAL CONFINEMENT.

RESPECTFULLY SUBMITTED,

Michael J. Fuhrman
RELATOR PRO SE

(3)

PURSUANT TO TITLE 6, TEXAS CIVIL PRACTICE AND REMEDIES CODE, CHAPTER 132 SECTION 132.001, et. seq.

I, MICHAEL JOSEPH FUHRMAN, TDCJ-ID NO: 1818465, BEING PRESENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE- INSTITUTIONAL DIVISION, (TDCJ-ID) AT THE LARRY GIST STATE JAIL IN BEAUMONT, JEFFERSON COUNTY, TEXAS DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE & CORRECT.

EXECUTED ON THE 22ND DAY OF AUGUST, 2015.

_Michael J. Fuhrman_
RELATOR, PRO SE

ORDER

THE FORGOING WRIT OF MANDAMUS IS HEREBY:

GRANTED _____
DENIED _____

_____
PRESIDING JUDGE

(4)

# CERTIFICATE
## OF
### SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE ABOVE ENTITLED AND NUMBERED "ORIGINAL APPLICATION FOR WRIT OF MANDAMUS" HAS BEEN SERVED ON RESPONDENT'S CHRIS DANIEL, HARRIS COUNTY DISTRICT CLERK, P.O. BOX 4651, HOUSTON, TEXAS 77210-4651 AND THE CLERK OF THE COURT OF APPEALS, ABEL ACOSTA, P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711-2308 BY DELIVERY OF A TRUE COPY TO HIM, EITHER IN PERSON, OR VIA U.S. MAIL DEPOSITED UNDER THE CARE AND CUSTODY OF THE U.S. POSTAL SERVICE ON THE 22ND DAY OF AUGUST, 2015.

Michael J. Fuhrman

RELATOR, Pro Se

(5)